IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE SLICE, ) | No. C 10-0838 LHK (PR) |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION |
| ) | FOR MODIFICATION OF |
| v. ) | ORDER FOR PAYMENT OF |
| ) | FILING FEE AS |
| PAUL COPENHAVER, Warden, ) | UNNECESSARY |
| ) | |
| Respondent. ) | |

    Petitioner, a federal prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 11, 2010, Petitioner's motion for leave to proceed in forma pauperis was denied, and the Court directed Respondent to show cause why a writ of habeas corpus should not be granted. In that same order, the Court directed Petitioner to pay a filing fee of $5.00.

    On November 30, 2010, Petitioner filed a motion for modification of the order for payment of the filing fee. In that motion, Petitioner stated that the Bureau of Prisons had been encumbering her prison trust account every month to pay for an unrelated federal complaint she had previously filed. She argues that she had attempted to resolve the matter so that she could submit the $5.00 filing fee to this Court, but had been unsuccessful. She requested this Court to direct the Bureau of Prisons to include the $5.00 filing fee when it also took out funds to pay for

Order Denying Motion for Modification of Order for Payment of Filing Fee as Unnecessary
P:\PRO-SE\SJ.LHK\HC.10\Slice838filingfee.wpd

1 | her other federal civil action.

2 |     The Court inquired into the status of Petitioner's prison trust account. On April 14, 2011,
3 | the Department of Justice Federal Bureau of Prisons' Unit Manager, Bobbi Butler, informed the
4 | Court that on February 22, 2011, $5.00 was deducted from Petitioner's prison trust account for
5 | the purpose of paying the filing fee for this action. (Docket No. 16.)

6 |     Accordingly, Petitioner's motion is DENIED as unnecessary.

7 |     IT IS SO ORDERED.

8 | DATED:   4/24/11

9 |                           LUCY H. KOH
                           United States District Judge

Order Denying Motion for Modification of Order for Payment of Filing Fee as Unnecessary
P:\PRO-SE\SJ.LHK\HC.10\Slice838filingfee.wpd    2