1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| FAYE SLICE, | ) | No. C 10-0838 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RANDY TEWS, Warden, | ) | |
| Respondent. | ) | |

16
17     The Court has denied the instant petition for writ of habeas corpus on the merits.

18 Therefore, judgment is entered in favor of Respondent.  Petitioner shall take nothing by way of

19 her petition.  The Clerk shall close the file.

20     IT IS SO ORDERED.

21 DATED: _____12/6/11_____

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

22
23
24
25
26
27
28

Judgment
P:\pro-se\sj.lhk\hc.10\Slice838jud